ACCEPTED
13-15-00038-CV
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
8/4/2015 10:21:44 AM
CECILE FOY GSANGER
CLERK

## No. 13-15-00038-CV

### In the Court of Appeals
### For the Thirteenth District of Texas
### Corpus Christi/Edinburg

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
8/4/2015 10:21:44 AM
CECILE FOY GSANGER
Clerk

## ANTONIO ARRIAGA AND INEZ LARA ROSALES,
### *Appellants*

### v.

## OBDULIA MARTINEZ ARRIAGA, ANTONIO MARTINEZ ARRIAGA, JR.,
## AND REYNA LUISA MARTINEZ ARRIAGA,
### *Appellees.*

### On Appeal from the 197th District Court
### of Willacy County, Texas
### Cause Number: 2014-CV-0100-A

### CERTIFICATE OF COMPLIANCE

I, the undersigned, hereby certify that the total amount of words stated by the computer program not counting those areas not to be counted, in the following:

Total  3,863

SIGNED on this 4th day of July, 2015.

Respectfully submitted,

**McCULLOUGH & McCULLOUGH**

By:_____
Gene McCullough
Texas Bar No. 00794267
P.O. Box 2244
323 East Jackson Street
Harlingen, Texas 78551-2244
Tel. (956) 423-1234
Fax. (956) 423-4976
gene@gmcculloughlaw.com
ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

I certify that on July 4, 2015, a true and correct copy of Appellees' Certificate of Compliance was served to each person listed below by the method indicated:

VIA FACSIMILE: (956) 428-1601
AND REGULAR MAIL
Mr. Juan Angel Guerra
Attorney at Law
1021 Fair Park Blvd.
Harlingen, Texas 78550-2300

_____
Gene McCullough